## LAURENCE V. PARNOFF, P.C. *v.* TAX ASSESSOR OF THE CITY OF BRIDGEPORT
### (AC 18936)

O'Connell, C. J., and Landau and Hennessy, Js.

Submitted on briefs September 15—officially released November 2, 1999

Per Curiam. The judgment is affirmed.

## PHILIP A. DEPALLO *v.* COMMISSIONER OF CORRECTION
### (AC 17847)

Foti, Landau and Spear, Js.

Submitted on briefs September 23—officially released November 9, 1999

Per Curiam. The judgment is affirmed.

## NATIONAL WESTMINSTER BANK *v.* PETER J. GOULD ET AL.
### (AC 18842)

Foti, Schaller and Dupont, Js.

Argued September 24—officially released November 9, 1999

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.